1
2
3
4
5
6
7
8     **UNITED STATES DISTRICT COURT**
9     **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | DANIEL ROSALES, | Case No.:  EDCV 13-00295-JGB (DTBx) |
| 12 | Plaintiff, | [~~**PROPOSED**~~] **ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| 13 | v. | |
| 14 | LOWE'S HIW, INC.; and DOES 1 through 100, inclusive, | **[Fed. R. Civ. P. 26(c)]** |
| 15 | | [DISCOVERY MATTER] |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

DATED: June 17, 2013

_____
Honorable David T. Bristow
United States Magistrate Judge